David Krieger, Esq.
Nevada Bar No.9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email:

Attorneys for Plaintiff
ALICIA OLIVE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ALICIA OLIVE,<br><br>           Plaintiff,<br>v.<br><br>LOANMAX, LLC,<br><br>           Defendant. | **Case No. 2:18-cv-01467-JAD-NJK**<br><br>**NOTICE OF WOLUNTARY DISMISSAL WITH PREJUDICE** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), LOAN MAX, LLC, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to LOAN MAX, LLC requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

   Dated:       November 19, 2018

                            Respectfully submitted,

                            By:   /s/David Krieger, Esq.
                                  David Krieger, Esq. (Nevada Bar No. 9086)
                                  HAINES & KRIEGER, LLC
                                  8985 S. Eastern Avenue, Suite 350
                                  Henderson, Nevada 89123
                                  *Attorney for Plaintiff*